UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDWARD P. LANE,

          Plaintiff,

-vs-                                                Case No. 6:05-cv-1850-Orl-28DAB

PAUL D. BARNES, REGIONAL COMM.
OF SOCIAL SECURITY,

          Defendant.
_____

## ORDER

This case is before the Court on consideration and review of the Commissioner's denial of Plaintiff's application for social security disability benefits. The United States Magistrate Judge has submitted a report recommending that the decision be reversed and the matter remanded for further proceedings.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 19, 2006 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's decision denying Plaintiff's application for social security disability benefits is **REVERSED** and the matter is **REMANDED** for further proceedings consistent with the Report and Recommendation.

3. The Clerk is directed to enter judgment in favor of Plaintiff.

4. All pending motions are **DENIED** as moot.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __20__ day of November, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party