**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EDWARD P. LANE,**

           **Plaintiff,**

**-vs-**	          **Case No. 6:05-cv-1850-Orl-28DAB**

**COMM. OF SOCIAL SECURITY,**

           **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **AMENDED MOTION TO AWARD ATTORNEY'S FEES UNDER EAJA (Doc. No. 30)**
>
> **FILED:**    **December 8, 2006**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

Plaintiff's Motion for an award of fees follows the issuance of an Order and Judgment reversing the decision of the Commissioner of Social Security with respect to Plaintiff's claim for benefits, and remanding the case pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff asks for an award in the amount of $1,910.60 for attorney's fees, calculated at the rate of $150.40 per hour for

13.70 hours.[1]  Further, Plaintiff asks for an award of costs in the amount of $270.00 (the filing fee of $250.00 and $20.00 for service of process).  Plaintiff represents that the motion is unopposed.

Pursuant to the Equal Access to Justice Act, a party can recover an award of attorney's fees against the government provided that the party seeking the award is the prevailing party; the application for such fees, including an itemized justification for the amount sought, is timely filed; the position of the government is not substantially justified; and no special circumstances are present which would make an award unjust.  28 U.S.C. § 2412(d)(1)(A).

Upon review of the supporting papers filed by Plaintiff and there being no opposition by the Commissioner, the Court finds that these sums are reasonable and an award is appropriate under the EAJA.

It is therefore **respectfully recommended** that the motion be **GRANTED** and judgment be entered in the amount of **$1,910.60** for attorney's fees, and **$270.00** for costs.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 11, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy

---

[1] Plaintiff's motion and brief contradict the amount sought in the Affidavit (*compare* Doc. 30 at 6 and 8).  The Court accepts the sworn declaration as the correct amount.