UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDWARD P. LANE,

          Plaintiff,

-vs-                                        Case No. 6:05-cv-1850-Orl-28DAB

PAUL D. BARNES, REGIONAL COMM.
OF SOCIAL SECURITY,

          Defendant.
_____

# ORDER

This case is before the Court on Plaintiff's Amended Motion To Award Attorney's Fees Under EAJA (Doc. No. 30) filed December 8, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 11, 2006 (Doc. No. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Amended Motion To Award Attorney's Fees Under EAJA (Doc. No. 30) is **GRANTED**.

    3.    Plaintiff is awarded, and judgment shall be entered in the amount of $1,910.60 for attorney's fees and $270.00 for costs.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida this __/2__ day of January, 2007.

                                          JOHN ANTOON II
                                          United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party